UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WENDING MAI, Clinton Cnty. Corr. Facility ID No. 1005092, DHS File No. A213623777,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>Respondents. | CIVIL ACTION NO. 3:25-cv-00742<br><br>(SAPORITO, J.) |

### ORDER

On April 28, 2025, the court received and lodged for filing a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, signed on behalf of the petitioner, Wending Mai, by his next friend and wife, Huan Wang, on April 27, 2025. Doc. 1. In this petition, Mai, a native and citizen of the People's Republic of China, challenged the legality of his pre-removal immigration detention. At the time of filing, Mai was being held in the custody of United States Immigration and Customs Enforcement ("ICE") at the Clinton County Correctional Facility, located in Clinton County, Pennsylvania.

On May 15, 2025, the respondent filed a supplemental brief and

suggestion of mootness, in which she advised that Mai had been released from ICE custody on bond on May 13, 2025. Doc. 11; *see also* Doc. 12. Because Mai "has achieved the result he sought in his habeas petition and his change in circumstances has 'forestalled any occasion for meaningful relief,'" his habeas petition is now moot. *Nunes v. Decker*, 480 Fed. App'x 173, 175 (3d Cir. 2012) (quoting *Artway v. Attorney Gen.*, 81 F.3d 1235, 1246 (3d Cir. 1996)); *see also Rojas v. Lowe*, No. 1:CV-13-871, 2013 WL 5876851, at *3 (M.D. Pa. Oct. 30, 2013).

Accordingly, **IT IS HEREBY ORDERED THAT** the petition (Doc. 1) shall be **DISMISSED AS MOOT** and this case shall be marked as **CLOSED.**

Dated: May 19, 2025

*Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge